IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CR-16-119-R-8 |
| DAVID DEAN CAGLE, | ) ) ) |
| Defendant. | ) |

**ORDER**

Before the Court is Defendant's pro se Motion [Doc. No. 1903] seeking a sentence reduction under 18 U.S.C. § 3582(c)(2) based on Amendment 821 to the U.S. Sentencing Guidelines. The United States responded in opposition [Doc. No. 1909] and the matter is now at issue.

Upon review of the parties' submissions and the Probation Office's Preliminary Report for Consideration of Sentence Reduction Based on Amendment 821 [Doc. No. 1904], the Court finds that Defendant is ineligible for a sentence reduction under Amendment 821.

Accordingly, Defendant's motion [Doc. No. 1903] is DISMISSED.

IT IS SO ORDERED this 15th day of February 2024.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE